1  DAVID A. LEVY (SBN 77181)
   MELISSA M. HOLMES (SBN 220961)
2  LAW OFFICES OF DAVID A. LEVY
   800 AIRPORT BOULEVARD, SUITE 314
3  BURLINGAME, CA  94010
   Tel: (650) 524-0440
4  Fax: (650) 348-1400

5  Attorneys for All Defendants

6

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
                                        )  Case No.C-04-3293 MMC
11 ANITA SMITH,                         )
                                        )
12         Plaintiff,                   )  STIPUATION RE: DISMISSAL OF
                                        )  CERTAIN DEFENDANTS WITH
13    vs.                               )  PREJUDICE; ORDER THEREON
                                        )
14 COUNTY OF SAN MATEO, et al.,         )
                                        )
15         Defendants.                  )
                                        )
16

17          STIPULATION RE DISMISSAL OF CERTAIN DEFENDANTS

18         IT IS HEREBY STIPULATED by and between plaintiff ANITA SMITH and Defendants that

19 the Court may order the dismissal of Defendants DR. HAYWARD and CAPTAIN TRINDLE, and that

20 such dismissal is with prejudice.  It is further stipulated that the parties will bear their own costs and

21 attorneys' fees.

22

23 Dated: August 15, 2005          LAW OFFICES OF BEREHANU H. CHALLA

24                                 By: /s/ Berehanu Challa
25                                     BEREHANU H. CHALLA
                                       Attorneys for Plaintiff ANITA SMITH

26 ///

27 ///

28

   Case No. C- 04-3293 MMC                    -1-
        STIPULATION RE: DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE; ORDER THEREON

1  Dated: August 12, 2005                    LAW OFFICES OF DAVID A. LEVY
2
3                                            By: _____
                                                 DAVID A. LEVY
4                                                Attorneys for All Defendants
5
6
7
8                                            ORDER
9
   Good cause appearing therefor, it is so ordered.
10
11
12  Dated: August 16, 2005                   _____
                                                 MAXINE M. CHESNEY
13                                               UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C- 04-3293 MMC                      -2-
STIPULATION RE: DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE; ORDER THEREON