IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA SMITH,

    Plaintiff,

v.

COUNTY OF SAN MATEO,, et. al.,

    Defendants
    _____/

No. C-04-3293 MMC

**ORDER CONTINUING STATUS CONFERENCE**

    On January 14, 2005, at the initial case management conference in the above-titled action, the Court set a status conference for September 9, 2005 at 10:30 a.m. On September 7, 2005, plaintiff's counsel filed a motion to continue the status conference because of a death in the family. Plaintiff requests that the status conference be continued to September 27, 2005, the date of the pretrial conference.

    For good cause shown, the September 9, 2005 status conference is hereby CONTINUED to September 27, 2005 at 3:00 p.m.

    **IT IS SO ORDERED.**

Dated: September 7, 2005

                                                MAXINE M. CHESNEY
                                                United States District Judge