1 DAVID A. LEVY (SBN 77181)
MELISSA M. HOLMES (SBN 220961)
2 LAW OFFICES OF DAVID A. LEVY
800 AIRPORT BOULEVARD, SUITE 314
3 BURLINGAME, CA 94010
Tel: (650) 524-0440
4 Fax: (650) 348-1400

5 Attorneys for All Defendants

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ANITA SMITH,                          )   Case No.C-04-3293 MMC
                                         )
12         Plaintiff,                    )
                                         )   **STIPUATION RE: DISMISSAL OF**
13    vs.                                )   **ENTIRE ACTION WITH PREJUDICE;**
                                         )   **ORDER THEREON**
14 COUNTY OF SAN MATEO, et al.,          )
                                         )
15         Defendants.                   )
   _____)

16

17      IT IS HEREBY STIPULATED by and between plaintiff ANITA SMITH and Defendants,

18 through their respective counsel of record that Plaintiff's Complaint and all Causes of Action and Claim

19 for Relief as alleged against Defendants are dismissed with prejudice, and that the parties will bear their

20 own costs and attorneys' fees.

21

22 Dated: October _11_, 2005          LAW OFFICES OF BEREHANU H. CHALLA

23                                    By: _/s/ Berehanu Challa_____
24                                         BEREHANU H. CHALLA
                                           Attorneys for Plaintiff ANITA SMITH
25 ///

26 ///

27 ///

28

Case No. C- 04-3293 MMC                  -1-
STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON

| | | |
|---|---|---|
| 1 | Dated: September 30, 2005 | LAW OFFICES OF DAVID A. LEVY |

By: _____/s/ David A. Levy_____
DAVID A. LEVY
Attorneys for All Defendants

ORDER

Good cause appearing therefor, it is so ordered.

Dated: October 17, 2005

_____/s/ Maxine M. Chesney_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE